UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

BRANDON JAMES MAXFIELD, etc.,

    Plaintiff,

v.

    No.3:03-cv-1058-J-12MMH

BRYCO ARMS, et al.,

    Defendants.

## ORDER OF REFERRAL TO BANKRUPTCY COURT

On December 17, 2003, this case was assigned to the undersigned. Upon review of the file, the Court notes that by Order (Doc.21) docketed December 5, 2003, this case was transferred from the United States District Court for the Northern District of California upon the parties' stipulation (Doc.20) that the case be transferred to this Court to be referred to the Bankruptcy Court in which defendants' consolidated bankruptcy cases are pending.

The Court also notes that on July 11, 1984, this Court entered a standing Order (No. 84-MISC-J-152) ordering that all cases filed under Title 11, United States Code, or arising in or related to a case under Title 11, shall immediately be transferred and referred to the appropriate division of the Bankruptcy Court of this District. Accordingly, it is

**ORDERED AND ADJUDGED:**

That this case is hereby transferred and referred to the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division.

32

DONE AND ORDERED this 17TH day of December 2003.

Howell W. Melton
Senior United States District Judge

Copies to:
Counsel of Record
Law Clerk (JAE)

FILE COPY

Date Printed: 12/18/2003

Notice sent to:

    Richard R. Ruggieri, Esq.
Law Office of Richard R. Ruggieri
1000 Fourth St., Suite 785
San Rafael, CA 94901-3120

3:03-cv-01058   spw

    Michael C. Hewitt, Esq.
Bruinsma & Hewitt
380 Clinton St., Suite C
Costa Mesa, CA 92626

3:03-cv-01058   spw